East Coast Lumber Company, a Corporation Under the Laws of the State of Wisconsin, Plaintiff in Error. v. The Ellis-Young Company, a Corporation Under the Laws of the State of Georgia, Defendant in Error.

The Ellis-Young Company, a Corporation Under the Laws of the State of Georgia, Plaintiff in Error, v. East Coast Lumber Company, a Corporation Under the Laws of the State of Wisconsin, Defendant in Error.

One who applies for and obtains a bill of particulars and stay of proceedings is estopped thereafter to deny jurisdiction over his person.

This case was decided by Division A.

Writ of Error to the Circuit Court for Duval county.

*C. D. Rinehart* and *E. P. Axtell,* for East Coast Lumber Company.

*Cooper & Cooper* and *E. J. L'Engle,* for Ellis-Young Company.

PER CURIAM.    These cases are controlled by the decision this day rendered in Putnam Lumber Company v. The Ellis-Young Company.    There is, however, an additional reason why the pleas herein should have been   stricken. Before filing the pleas as to jurisdiction over the person, the defendant came into court and asked for and obtained an order staying the proceedings until a bill of particulars could be furnished.    This was a clear recognition of the court's jurisdiction over the person of the defendant which it was thereby and thereafter estopped to deny.

All the justices concur.